UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:08CV120-J

JUDITH E. YOUNG                                                                                               PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                                DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Judith Young seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report arguing that the treating physician's opinion would warrant a finding of disability and the commissioner failed to follow the required legal standards in the evaluation of the treating physician's opinion. These issues were sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1)      The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

    2)       The final Decision of the Commissioner denying benefits is AFFIRMED; and

    3)       Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.